UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:   CASE NO.: 24-17856-CLC
CHAPTER 13

**Teofilo Hernandez,**
  **Debtor.**

_____/

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Deutsche Bank National Trust Company, as Trustee for GMACM Mortgage Loan Trust 2005-AR5 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE #2), and states as follows:

1. Debtor, Teofilo Hernandez ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 31, 2024.

2. Secured Creditor holds a security interest in the Debtor's real property located at 9947 NW 47th Terr., Doral, FL  33178, by virtue of a Mortgage recorded on June 17, 2005 in Book 23486, at Pages 1434-1455 in the recording district of Miami-Dade County, FL.  Said Mortgage secures a Note in the amount of $300,800.00.

3. The Debtor filed a Chapter 13 Plan on July 31, 2024.

4. The Plan fails to include treatment of Secured Creditor's claim and the subject property and claim are also not listed in Debtor's schedules. The property is listed as Debtors principal residence in his Petition however.  Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim. Accordingly, the Chapter 13 Plan fails to comply with the provisions of 11 U.S.C. § 1325(a).

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Can Guner
Can Guner
Florida Bar Number 20931
Email: cguner@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Jose A Blanco
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Teofilo Hernandez
9947 NW 47TH TER
Miami, FL 33178-1938

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By: /s/ Can Guner
Can Guner
Florida Bar Number 20931
Email: cguner@raslg.com